
JS-6

1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
2  JOHN GLUGOSKI (Cal. State Bar No. 191551)
   MICHAEL RIGHETTI (Cal. State Bar No. 258541)
3  RIGHETTI GLUGOSKI, P.C.
   456 Montgomery Street, Suite 1400
4  San Francisco, California 94104
   Telephone:  (415) 983-0900
5  Facsimile:  (415) 397-9005
6  matt@righettilaw.com
   jglugoski@righettilaw.com
7
   Attorneys for Plaintiff
8  Maida Castillo

9  JEFFREY D. WOHL (Cal. State Bar No. 096838)
   RISHI N. SHARMA (Cal. State Bar No. 239034)
10 PETER A. COOPER (Cal. State Bar No. 275300)
   JULLIE Z. LAL (Cal. State Bar No. 279067)
11 PAUL HASTINGS LLP
   55 Second Street, 24th Floor
12 San Francisco, California 94105-3441
   Telephone:  (415) 856-7000
13 Facsimile:   (415) 856-7100
14 jeffwohl@paulhastings.com
   rishisharma@paulhastings.com
15 petercooper@paulhastings.com
   jullielal@paulhastings.com
16
17 Attorneys for Defendant
   Rite Aid Corporation
18

19                     UNITED STATES DISTRICT COURT
20                    CENTRAL DISTRICT OF CALIFORNIA
21

| | |
|---|---|
| 22  MAIDA CASTILLO, an individual, | No. CV 13-0147 DMG (JEMx) |
| 23             Plaintiff, | **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [11]** |
| 24       vs. | |
| 25  RITE AID CORPORATION, and DOES 1 through 50, inclusive, | |
| 26  | |
| 27             Defendants. | |
| 28  | |

LEGAL_US_W # 74176548.1

ORDER GRANTING STIPULATION OF DISMISSAL
U.S.D.C., C.D. Cal., No. CV 13-0147 DMG (JEMx)

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: February 11, 2013

_____
Dolly M. Gee
United States District Judge