MATTHEW RIGHETTI (Cal. State Bar No. 121012)
JOHN GLUGOSKI (Cal. State Bar No. 191551)
MICHAEL RIGHETTI (Cal. State Bar No. 258541)
RIGHETTI GLUGOSKI, P.C.
456 Montgomery Street, Suite 1400
San Francisco, California 94104
Telephone:  (415) 983-0900
Facsimile:  (415) 397-9005
matt@righettilaw.com
jglugoski@righettilaw.com

Attorneys for Plaintiff
Maida Castillo

JEFFREY D. WOHL (Cal. State Bar No. 096838)
RISHI N. SHARMA (Cal. State Bar No. 239034)
PETER A. COOPER (Cal. State Bar No. 275300)
JULLIE Z. LAL (Cal. State Bar No. 279067)
PAUL HASTINGS LLP
55 Second Street, 24th Floor
San Francisco, California 94105-3441
Telephone:  (415) 856-7000
Facsimile:   (415) 856-7100
jeffwohl@paulhastings.com
rishisharma@paulhastings.com
petercooper@paulhastings.com
jullielal@paulhastings.com

Attorneys for Defendant
Rite Aid Corporation

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MAIDA CASTILLO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants. | No. CV 13-0147 DMG (JEMx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [11]** |
|---|---|

LEGAL_US_W # 74176548.1

ORDER GRANTING STIPULATION OF DISMISSAL
U.S.D.C., C.D. Cal., No. CV 13-0147 DMG (JEMx)

1 On the stipulation of the parties, and good cause appearing therefor,

2 IT IS ORDERED that this action be DISMISSED WITH PREJUDICE, each side
3 to bear its own costs and attorneys' fees.

5 Dated: February 11, 2013

_____
Dolly M. Gee
United States District Judge

LEGAL_US_W # 74176548.1

ORDER GRANTING STIPULATION OF DISMISSAL
U.S.D.C., C.D. Cal., No. CV 13-0147 DMG (JEMx)